# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Emilio Garcia Carias, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>Luis Rosas, Jr., *et al.*,<br><br>Respondents. | No. CV-26-00672-PHX-JJT (DMF)<br><br>**ORDER** |

At issue is Petitioners' Motion to Enforce Judgment (Doc. 16).

**IT IS ORDERED** that counsel for Respondents shall consult with Respondents and advise the Court via filing a notice, by **August 19, 2026**, whether Respondents either have re-detained, or intend to re-detain, Petitioners on the basis of the Board of Immigration Appeals June 2, 2026 decision in Matter of N-A-G-C-, 29 I&N Dec. 662 (BIA 2026) (Doc. 16-1).

Dated this 12th day of August, 2026.

Honorable John J. Tuchi
United States District Judge